**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:   Docket Number 2023-CA-0309

The Lathan Company

- - Versus - -

State of Louisiana, Department of Education, Recovery
School District and John White in his official capacity as the
State of Louisiana Superintendent of Education

19th Judicial District Court
Case #: 612067
East Baton Rouge Parish

Consolidated with the following:


2023 - CA - 0310
Guarantee Company of North America
versus
State of Louisiana, Department of Education, Recovery School District


On Application for Rehearing filed on   03/05/2024 by The Lathan Company

Rehearing ___Denied_____


_____
Page McClendon

_____
Chris Hester

_____
Steven M. Miller


Date ___MAR 2 0 2024_____

_____
Rodd Naquin, Clerk